

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00162-CV

---

JUAN KURDI, M.D. AND JUAN KURDI, M.D., P.A., APPELLANTS

V.

CAPROCK CARDIOVASCULAR CENTER, L.L.P., APPELLEE

---

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. DC-2024-CV-0109, Honorable John C. Grace, Presiding

---

June 13, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellants, Juan Kurdi, M.D., and Juan Kurdi, M.D., P.A., appeal from the trial court's *Final Judgment*. We dismiss the appeal because Appellants have not paid the filing fee and for want of jurisdiction.

Appellants failed to pay the required filing fee upon filing their notice of appeal. By letter of May 13, 2025, we notified Appellants that unless they were excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by May

23 would result in dismissal of the appeal. To date, Appellants have not paid the filing fee or sought leave to proceed without payment of court costs. We, therefore, dismiss the appeal due to Appellants' failure to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time. *See* TEX. R. APP. P. 42.3(c).

Furthermore, Appellants' notice of restricted appeal was filed untimely. The trial court signed the *Final Judgment* on October 11, 2024. Under Rule of Appellate Procedure 26.1(c), a notice of restricted appeal must be filed within six months after the judgment is signed. Thus, the deadline to file a notice of restricted appeal was April 11, 2025. Appellants filed their notice of appeal on May 12, 2025. By letter of May 14, 2025, we notified Appellants that their notice of appeal appeared untimely and directed them to file a response by May 27, demonstrating grounds for continuing the appeal. To date, no response has been received. Accordingly, we also dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

For these reasons, the appeal is dismissed.

Per Curiam